UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Kenneth Hensley, as adoptive parents of BLH; Angela Hensley, as adoptive parents of BLH; BLH, by parents-general guardians Kenneth and Angela Hensley,<br><br>      Plaintiffs,<br><br>v.<br><br>Lillian Koller, individually and in her official capacity as State Director for the South Carolina Department of Social Services; Elizabeth Patterson, individually as Former Director of the South Carolina Department of Social Services; Kim Aydlette, individually as Former Director of the South Carolina Department of Social Services; Kathleen Hayes, individually as Former Director of the South Carolina Department of Social Services,<br><br>      Defendants. | C/A No.: 7:11-cv-02827-GRA<br><br>**ORDER**<br>(Written Opinion) |

This matter is before the Court on remand from the United States Court of Appeals for the Fourth Circuit. On July 3, 2013, the Fourth Circuit reversed this Court's certification of a class in this case and denial of the parties' cross-motions for summary judgment. *See Hensley v. Koller*, 722 F.3d 177, 184 (4th Cir. 2013). The Fourth Circuit concluded that "the Directors are entitled to qualified immunity" and remanded "the case for entry of a judgment consistent with this opinion." *Id.* at 183-84.

**IT IS THEREFORE ORDERED** that judgment is entered in favor of Defendants.

**IT IS SO ORDERED.**

G. Ross Anderson, Jr.
Senior United States District Judge

October  11 , 2013
Anderson, South Carolina